

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **DANIEL R. WHITMAN** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>P: (212) 356-2283<br>F: (212) 356-2038<br>dwhitman@law.nyc.gov |

June 5, 2023

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Richie Foster Levine v. Katherine Ann Greenberg*, No. 23-cv-1500

Dear Judge Liman:

As Defendant Katherine Ann Greenberg ("Defendant") intends to move to dismiss the complaint (ECF No. 14), Defendant respectfully requests that the Court adjourn the initial pretrial conference in this matter until 14 days following any decision on Defendant's motion, or until such other further and later time as the Court may order.  Plaintiff consents to this request.

The initial pretrial conference is currently scheduled for June 14, 2023, at 2:00 p.m., with a joint submission due this Wednesday, June 7, 2023.  (ECF No. 13.)  No previous requests to adjourn this conference have been made.  Other than this conference, no further appearance is scheduled before the Court.  The Defendant's answer or motion to dismiss is due July 17, 2023.  (ECF No. 15.)

Respectfully submitted,

Daniel R. Whitman
Assistant Corporation Counsel

cc:  Plaintiff Richie Foster Levine
P.O. Box 410
Hoosick Falls, NY 12090
richieflevine@gmail.com

ORDER: The request to adjourn the initial pretrial conference is DENIED.  The parties are relieved of the obligation to submit a case management plan.  Defendant shall be prepared at the conference to discuss the grounds for its anticipated motion to dismiss.

Date: 6/6/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on this day I filed the foregoing document on the court's electronic filing system and that it is available to counsel of record.  I also certify that on this day I sent the foregoing document via the U.S. Postal Service, first class mail, to:

> Richie Foster Levine
> P.O. Box 410
> Hoosick Falls, NY 12090

I also certify that on this day I sent the foregoing document via email to Richie Foster Levine at richieflevine@gmail.com.

Dated:      June 5, 2023
            New York, New York

                                        HON. SYLVIA O. HINDS-RADIX
                                        *Corporation Counsel of the City of New York*
                                        Attorney for Defendant

                                        By:  /s/ Daniel R. Whitman
                                        Daniel R. Whitman
                                        Assistant Corporation Counsel
                                        100 Church Street, 20th Floor
                                        New York, NY 10007
                                        (212) 356-2283
                                        dwhitman@law.nyc.gov