> REQUEST GRANTED.
> The Initial Pretrial Conference is rescheduled to June 23, 2023 at 2:00PM. Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 6/7/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DANIEL R. WHITMAN**
*Assistant Corporation Counsel*
P: (212) 356-2283
F: (212) 356-2038
dwhitman@law.nyc.gov

June 6, 2023

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:  *Richie Foster Levine v. Katherine Ann Greenberg*, No. 23-cv-1500

Dear Judge Liman:

      Pro se Plaintiff Richie Foster Levine has advised the undersigned attorney for Defendant Katherine Ann Greenberg that Plaintiff is not available for the initial pretrial conference scheduled for June 14, 2023, at 2:00 p.m., and requested Defendant notify the Court of his request for an adjournment. Defendant consents to Plaintiff's first request to adjourn the conference. Plaintiff and Defendant have conferred and propose the alternative dates and times for the initial pretrial conference:

      Tuesday, June 20, 2023 at 2:00 p.m. or later
      Thursday, June 22, 2023 at 2:00 p.m. or later
      Friday, June 23, 2023 at 2:00 p.m. or later

      Respectfully submitted,

      Daniel R. Whitman
      Assistant Corporation Counsel

cc:    Plaintiff Richie Foster Levine
       P.O. Box 410
       Hoosick Falls, NY 12090
       richieflevine@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing document on the court's electronic filing system and that it is available to counsel of record. I also certify that on this day I sent the foregoing document via the U.S. Postal Service, first class mail, to:

> Richie Foster Levine
> P.O. Box 410
> Hoosick Falls, NY 12090

I also certify that on this day I sent the foregoing document via email to Richie Foster Levine at richieflevine@gmail.com.

Dated:   June 6, 2023
         New York, New York

> HON. SYLVIA O. HINDS-RADIX
> *Corporation Counsel of the City of New York*
> Attorney for Defendant
>
> By:   /s/ Daniel R. Whitman
>       Daniel R. Whitman
>       Assistant Corporation Counsel
>       100 Church Street, 20th Floor
>       New York, NY 10007
>       (212) 356-2283
>       dwhitman@law.nyc.gov