```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RICHIE FOSTER LEVINE,                                             :
                                                                  :
                              Plaintiff,                          :
                                                                  :        23-cv-01500 (LJL)
          -v-                                                     :
                                                                  :        ORDER
KATHERINE ANN GREENBERG,                                          :
in her individual and official capacity as Assistant              :
Commissioner of the New York City Commission of                   :
Human Rights,                                                     :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

A telephonic initial pretrial conference was scheduled in this matter for June 23, 2023 at Dkt. No. 19. Defendant appeared at the conference. Pro Se Plaintiff did not appear at the conference. As a result of the Plaintiff not appearing, the Court canceled the conference. The telephonic initial pretrial conference is rescheduled to July 7, 2023 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: June 26, 2023
       New York, New York
                                                           _____
                                                           LEWIS J. LIMAN
                                                           United States District Judge