```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RICHIE FOSTER LEVINE, :
:
                Plaintiff, :
: 23-cv-01500 (LJL)
    -v- :
: ORDER
KATHERINE ANN GREENBERG, :
in her individual and official capacity as Assistant :
Commissioner of the New York City Commission of :
Human Rights, :
                Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A telephonic conference was held in this matter on July 7, 2023. Pro Se Plaintiff and counsel for defendant appeared at the conference. The Court will discuss a schedule for the motion to dismiss at the next conference. The Court adjourned the initial pretrial conference to August 10, 2023 at 12:00 p.m. The hearing will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: July 11, 2023
       New York, New York
                                                      LEWIS J. LIMAN
                                                      United States District Judge