

**THE CITY OF NEW YORK**

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL R. WHITMAN<br>*Senior Counsel*<br>P: (212) 356-2283<br>F: (212) 356-2038<br>dwhitman@law.nyc.gov |

August 3, 2023

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> REQUEST GRANTED.
> The Initial Pretrial Conference previously set for August 10, 2023 is rescheduled to September 8, 2023 at 2:00PM. Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> SO ORDERED.
> 8/4/2023
> LEWIS J. LIMAN
> United States District Judge

Re:  *Richie Foster Levine v. Katherine Ann Greenberg*, No. 23-cv-1500

Dear Judge Liman:

    Pro se Plaintiff Richie Foster Levine has advised the undersigned attorney for Defendant Katherine Ann Greenberg that he is dealing with a family medical issue and requested that I notify the Court of his request to adjourn the conference scheduled for next Thursday, August 10 at 12:00 p.m.  Defendant consents to Plaintiff's first request to adjourn this conference.  Plaintiff and Defendant have conferred and propose the alternative dates and times for the conference:

    Thursday, September 7, 2023, at 2:00 p.m.
    Friday, September 8, 2023, at 2:00 p.m.
    Monday, September 11, 2023, at 2:00 p.m.

                  Respectfully submitted,

                  Daniel R. Whitman
                  Senior Counsel

cc:    Plaintiff Richie Foster Levine
       P.O. Box 410
       Hoosick Falls, NY 12090
       richieflevine@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing document on the court's electronic filing system and that it is available to counsel of record. I also certify that on this day I sent the foregoing document via the U.S. Postal Service, first class mail, to:

>Richie Foster Levine
>P.O. Box 410
>Hoosick Falls, NY 12090

I also certify that on this day I sent the foregoing document via email to Richie Foster Levine at richieflevine@gmail.com.

Dated:   August 3, 2023
         New York, New York

>HON. SYLVIA O. HINDS-RADIX
>*Corporation Counsel of the City of New York*
>Attorney for Defendant
>
>By:   _____
>      Daniel R. Whitman
>      Senior Counsel
>      100 Church Street, 20th Floor
>      New York, NY 10007
>      (212) 356-2283
>      dwhitman@law.nyc.gov